# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1993

_____

In re: Wilma M. Pennington-Thurman,

*Debtor*.

------------------------------

Wilma M. Pennington-Thurman,

*Appellant*,

v.

Federal Home Loan Mortgage Corporation; Millsap & Singer, LLC; Bank of America, N.A.,

*Appellees*,

Office of *U.S. Trustee*,

*U.S. Trustee*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 5, 2021
Filed: February 10, 2021
[Unpublished]

_____

Before COLLOTON, MELLOY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Wilma Pennington-Thurman appeals the district court's[1] order affirming the bankruptcy court's order denying her motion to reopen her bankruptcy case. We conclude that the bankruptcy court did not abuse its discretion. The adversary case that Pennington-Thurman sought to pursue addressed previously litigated issues or otherwise lacked merit, so reopening would have been futile. *See Apex Oil Co. v. Sparks (In re Apex Oil Co.)*, 406 F.3d 538, 541 (8th Cir. 2005); *Mid-City Bank v. Skyline Woods Homeowners Ass'n (In re Skyline Woods Country Club, LLC)*, 431 B.R. 830, 837-38 (B.A.P. 8th Cir. 2010); *Realan Inv. Partners, LLLP v. Meininger (In re Land Res., LLC)*, 505 B.R. 571, 582 (M.D. Fla. 2014).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.